P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602.510.9409 (tel.)

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITOL REGENCY LLC, a California limited liability company dba Hyatt Regency Sacramento, <br><br> Defendant. | Case No: 2:19-cv-02532-TLN-AC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

It has come to Plaintiff's attention that there is another ADA claim against Defendant that pre-dates Plaintiff's claim. *See Strojnik v. Capitol Regency*, Case No. 2:19-cv-1587. The pre-dated claim is brought by Plaintiff's counsel's father, and such pre-dated claim potentially can remediate the same claims brought here. For that reason, to avoid duplicity and because Plaintiff wishes to avoid the appearance of "impropriety" in light of the general ill-viewing of serial ADA testers, the general favoring of businesses over the liberal viewing of ADA testing the by Ninth Circuit, and in the context of two Strojniks associated with two lawsuits against the same company, Plaintiff hereby dismisses this claim without prejudice. In the event that the claims

herein are not remediated in the *Strojnik v. Capitol Regency* matter, Plaintiff reserves the right to re-file the instant claim.

Plaintiff also states that Defendant and Defendant's counsel, in their Motion to Dismiss, made many false factual and legal claims. These false representations ranged from misleading citation to *Brooke* cases that pre-dated *CREEC* to citing to claims that were reversed by the Ninth Circuit on which Plaintiff's counsel and Defendant's counsel, Greg Hurley, were counsel of record. Mr. Hurley cites to a case for the proposition of standing, *Brooke v. Petersen*, that was expressly rejected by *CREEC*. Most importantly, however, Defendant's counsel intentionally attempted to confuse the Court as to Plaintiff's counsel in this matter (Peter Kristofer Strojnik) and the Plaintiff in *Strojnik v. Capitol Regency* (Peter Strojnik). The undersigned counsel has never been disbarred, and the undersigned counsel has never been suspended for ADA representation. Mr. Hurley knows this perfectly well. The undersigned requested that Mr. Hurley withdraw these false reprsentations; the latter refused. While Plaintiff acknowledges that Mr. Hurley has represented the Eastern District of California in legal matters according to his CV and acknowledges that it would be difficult for a judge in the Eastern District to hold the Eastern District's own counsel accountable, both Plaintiff and Plaintiff's counsel intend on raising these issues should this claim be re-filed.

Plaintiff hereby dismisses this case without prejudice. In the event that the claims herein are not remediated or promised to be remediated in *Strojnik v. Capitol Regency*, Plaintiff reserves the right to re-file the instant claims. It is Plaintiff's hope that Defendant recognizes the lack of equality at its hotel and voluntarily provides equality for an underrepresented protected class.

RESPECTFULLY SUBMITTED this 14th day of January, 2020.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff

2